83,246-01



# County of Van Zandt

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 25 2015

Abel Acosta, Clerk

**KAREN WILSON**
294th Judicial District Clerk
121 East Dallas, Room 302
Canton, Texas

Court of Criminal Appeals
P.O. Box 12308, Capital Station
Austin, Texas 78711

Re: Burris, Johnson Walter
CCA No. WR-83,246-01
Trial Court Case No. CR08-00113

Dear Clerk,

I am in receipt of your letter dated September 18, 2015 and have re-forwarded the habeas application referenced above. Please allow this letter to clarify the reasons for any delay in the processing of this matter and to assure the Court that said delay was neither intentional nor the result of conscious indifference by me or my staff.

It was only after contact with your office recently that I was made aware of the Court's Order dated June 3, 2015. Unfortunately, due to our county e-mail software's mis-categorization of the Court's e-mail as "Spam", the e-mail notification containing the Court's order of June 3, 2015 was not seen until this month and after the Court's further contact with my office. Of course, upon being made aware of the Court's Order, I immediately reviewed the file, secured the Application for Writ of Habeas Corpus, confirmed its completion and forwarded the appropriate documents the same day, September 3, 2015.

As per the USPS tracking which is attached hereto, the packet containing the documents in this matter was received in Austin on September 5, 2015, sat at the Austin post office for approximately five (5) days and was returned from Austin on September 10, 2015 back to us here. USPS indicates there was some issue with the amount of postage, though, postage was affixed through our county postal scale/machine. Notwithstanding the same, the package was re-weighed and re-mailed on September 14, 2015 and should have been received by the Court prior to this letter.

Although this situation has now been resolved, please know that several steps have been taken to assure similar delays do not occur in the future. The Court's e-mail address has been added to our county's "Safe Senders" list, the e-mail/spam software has been updated to allow e-mails with attachments from the Court's domain to go directly to our e-mail "Inbox", and our policy has been modified to verify receipt of mailed items to the Court after mailing. As I would hope the Court is aware from our extended history of working together, I, nor my office, would ever intentionally fail to comply with an Order from the Court. As to any delay that has occurred, please accept my personal apologies for any inconvenience that this has caused to you and Mr. Burris.

Should you have further questions or concerns or if I can be of assistance in any other way, please do not hesitate to contact me here at the office.

Sincerely,

Karen Wilson
Van Zandt County District Clerk

Enclosure
cc: Johnson Walter Burris



# USPS Tracking®





**Tracking Number: 70121640000032245076**

## Product & Tracking Information

Av:

| Postal Product: | Features:<br>Certified Mail™ | | Text |

| DATE & TIME | STATUS OF ITEM | LOCATION | Email |
| --- | --- | --- | --- |
| **September 14, 2015 , 9:49 am** | **Delivered** | **CANTON, TX 75103** | |

Your item was delivered at 9:49 am on September 14, 2015 in CANTON, TX 75103.

| | | |
| --- | --- | --- |
| September 11, 2015 , 9:29 am | Arrived at USPS Facility | DALLAS, TX 75260 |
| September 10, 2015 , 8:14 pm | Departed USPS Facility | AUSTIN, TX 78710 |
| September 5, 2015 , 5:46 pm | Arrived at USPS Facility | AUSTIN, TX 78710 |
| September 5, 2015 , 2:33 am | Departed USPS Facility | NTX P&DC |
| September 5, 2015 , 12:47 am | Arrived at USPS Facility | NTX P&DC |